treated as a notice of appeal by the United States Court of Appeals for Veterans Claims in *Browder v. Nicholson,* No. 07–0338, 2007 WL 956934 (Vet.App.) did not seek appellate review of that court's decision. We treat Browder's submission as a motion to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

**Jerome Victor TRAFNY,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5050.

United States Court of Appeals,
Federal Circuit.

May 25, 2007.

Jerome Victor Trafny, pro se.

**ORDER**

Order Vacated, See 2007 WL 2126543.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Clint G. KIEFFER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION**
**BOARD, Respondent.**

No. 2006–3423.

United States Court of Appeals,
Federal Circuit.

May 29, 2007.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.